JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 510 WARD STREET CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation;<br><br>Defendant. | No. 2:17-cv-01564-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the Plaintiff and Defendant Allstate Insurance Company that all of Plaintiff's claims in this action against Defendant Allstate Insurance Company shall be dismissed with prejudice and without costs.

//

//

//

//

---

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01564-RSL) – 1
ys/AED6513.087/2882576x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 18th day of May, 2018.

By *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA # 32774
Wilson Smith Cochran Dickerson
901 5th Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: Donohue@wscd.com
Of Attorneys for Defendant Allstate Insurance Company

DATED this 17th day of May, 2018.

By *s/Daniel S. Houser*
Daniel S. Houser, WSBA # 32327
Daniel Stein, WSBA # 48739
Justin D. Sudweeks, WSBA # 28755
Stein, Sudweeks & Houser, PLLC
2701 1st Ave., Suite 430
Seattle WA 98121
Phone: 206-388-0660
Fax: 206-286-2660
Email: dstein@condodefects.com
jsudweeks@condodefects.com
DHouser@condodefects.com
Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01564-RSL) – 2
ys/AED6513.087/2882576x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that the Plaintiff's claims as against Defendant Allstate Insurance Company in this action are dismissed with prejudice and without costs.

DATED this 21st day of May, 2018.

_____
JUDGE ROBERT S. LASNIK
United States District Judge

Presented by:

By s/Alfred E. Donohue
   Alfred E. Donohue, WSBA # 32774
   Wilson Smith Cochran Dickerson
   901 5th Avenue, Suite 1700
   Seattle, WA 98164
   Phone: 206-623-4100
   Fax: 206-623-9273
   Email: Donohue@wscd.com
   Of Attorneys for Defendant Allstate Insurance Company

Approved as to form; notice of presentation waived:

By s/Daniel S. Houser
   Daniel S. Houser, WSBA # 32327
   Daniel Stein, WSBA # 48739
   Justin D. Sudweeks, WSBA # 28755
   Stein, Sudweeks & Houser, PLLC
   2701 1st Ave., Suite 430
   Seattle WA 98121
   Phone: 206-388-0660
   Fax: 206-286-2660
   Email: dstein@condodefects.com
          jsudweeks@condodefects.com
          DHouser@condodefects.com
   Of Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:17-cv-01564-RSL) – 3
ys/AED6513.087/2882576x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273